

# Fourth Court of Appeals
## San Antonio, Texas

December 21, 2022

No. 04-22-00503-CV

Patrick **MINOR**,
Appellant

v.

**DIVERSE FACILITY SOLUTIONS**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI00808
Honorable David A. Canales, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION. Costs of this appeal are assessed against the appellant.

It is so **ORDERED** on December 21, 2022.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of December, 2022.

_____
Michael A. Cruz, Clerk of Court